**E-FILED on** 3/3/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PIARA SINGH GILL,<br><br>      Plaintiff,<br><br>    v.<br><br>EMILIA BARDINI, Director of the San Francisco Asylum Office; SAN FRANCISCO ASYLUM OFFICE, an agency of the United States Citizenship and Immigration Services; LORI SCIALABBA, Director, Refugee, Asylum, and International Operations, an agency of the United States Citizenship and Immigration Services; TIM AITKEN, Acting Field Office Director, Office of Detention and Removal Operations, an agency of the United States Immigration and Customs Enforcement; CITIZENSHIP AND IMMIGRATION SERVICES, an agency of the Department of Homeland Security; FRANCIS D. SICILIANO, Field Office Director, San Francisco Naturalization Unit; and MARK TEMPLE, Officer in Charge of Conducting the Naturalization Examination,<br><br>      Defendants. | No. C-08-05190 RMW<br><br>JUDGMENT |

On March 3, 2010, the court dismissed all of plaintiff's claims in this action. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED: 3/3/10

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-08-05190 RMW
CCL

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

Jaime Jasso appealworks@yahoo.com

**Counsel for Defendants:**

Ila Casy Deiss ila.deiss@usdoj.gov
J. Max Weintraub jacob.weintraub@usdoj.gov
Melanie Lea Proctor Melanie.Proctor@usdoj.gov
Jonathan Del Wasden jonathan.d.wasden@usdoj.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/3/10          CCL
**Chambers of Judge Whyte**